# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 08-00189SOM-KSC |
| CASE NAME: | Stephanie Rodriguez, etc., et al. vs. General Dynamics Armament and Technical Products, Inc. |
| ATTYS FOR PLA: | Dennis O'Connor, Jr.<br>David Larson |
| ATTYS FOR DEFT: | James Yukevich<br>John Reyes-Burke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 11/30/2010 | TIME: | 11:25 - 11:30 |

COURT ACTION:  EP: Further Jury Deliberation - 4th -

Jurors continue their deliberation.

11:00 a.m. - Jurors have reached a verdict.

11:25 a.m. - Jurors informed the Court that they have reached a verdict and that it is unanimous.

Verdict published - in favor of the defendant.

Jurors polled - verdict is unanimous.

Jurors discharged.

Court orders that lunch be provided for the Jurors.

Submitted by: Toni Fujinaga, Courtroom Manager.